# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00136-APG-PAL |
| Plaintiff | **Order Granting Government's Emergency Motion for Reconsideration and Dismissing Indictment** |
| v. | |
| COLE LUSBY, | [ECF No. 77] |
| Defendant | |

In light of my ruling yesterday (ECF No. 76), the Government now moves me to reconsider my earlier denial of defendant Cole Lusby's motion to dismiss (ECF No. 30) and instead grant that motion. ECF No. 77. Given that the Government admits it cannot prove its case in light of my order, I will dismiss the Indictment.

IT IS THEREFORE ORDERED that the Government's emergency motion for reconsideration **(ECF No. 77) is GRANTED**. I dismiss the Indictment against defendant Cole Lusby. The clerk of the court is directed to close this file. The revocation proceedings in Case No. 2:16-cr-00181-APG-PAL will proceed as scheduled on September 4, 2018 absent a stipulation from the parties or an order from this court.

DATED this 31st day of August, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE