# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00136-APG-PAL |
|---|---|
| Plaintiff | **Order Granting Application for Expense Reimbursement** |
| v. | [ECF No. 72] |
| COLE LUSBY, | |
| Defendant | |

Defendant Cole Lusby moves for reimbursement of legal expenses he incurred while representing himself. ECF No. 72. Good cause exists to grant the motion. I therefore grant Lusby's motion in part. I will order him to be reimbursed $26.98. Any future requests for reimbursement must be processed by and through Lusby's appointed counsel.

IT IS THEREFORE ORDERED that Lusby's motion for expense reimbursement **(ECF No. 72) is granted in part**. The clerk of the court shall pay Lusby $26.98 as reimbursement for expenses. Lusby shall file under seal a document listing his social security number so the clerk of court can process his payment.

DATED this 20th day of April, 2019 *nunc pro tunc* August 27, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE