UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>v.<br><br>COLE LUSBY,<br><br>  Defendant | Case No.: 2:18-cr-00136-APG-PAL<br><br>**Notice of Payment of Expense Reimbursement** |

I previously granted defendant Cole Lusby's motion for expense reimbursement, and ordered that the clerk of the court pay Mr. Lusby $26.98 as reimbursement for his expenses. In response to Mr. Lusby's recent letter (ECF No. 103), I am informed that check number 98170638 was issued to Mr. Lusby on May 4, 2019 in the amount of $26.98. Based on the Bureau of Prisons' policy for sending payments to prisoners, that check was mailed to the BoP processing center at:

P.O. Box 474701

Des Moines, IA 50947

Mr. Lusby should follow up with the BoP as to how it processed those funds, as it is out of this court's hands.

DATED this 5th day of September, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE