# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00136-APG-PAL |
| Plaintiff | **Order Disregarding Supplement** |
| v. | [ECF No. 116] |
| COLE LUSBY, | |
| Defendant | |

Defendant Cole Lusby filed a supplement (ECF No. 116) to an earlier brief (ECF No. 66).  I previously addressed the earlier brief. *See* ECF Nos. 73, 76, 78.  There are no pending motions, so I will disregard the supplement.  If Lusby wants to raise an issue, he must do so by filing a new motion so the Government can respond.

DATED this 18th day of November, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE