KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Cole Lusby*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff;<br><br>vs.<br><br>COLE LUSBY,<br><br>　　　　Defendant | CASE NO.: 2:18-CR-00136-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO GOVERNMENT'S RESPONSE (ECF No. 121)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Elham Roohani, Bianca Pucci counsel for the United States of America, and Kathleen Bliss, counsel for defendant Cole Lusby, that Mr. Lusby be allowed a three-day extension to file his Reply, from December 10, 2020, to December 15, 2020, showing this Court as follows:

1. Counsel for defendant Lusby needs additional time to discuss the government's response with her client in order to file the defendant's reply.

2. Counsel for defendant Lusby has had numerous conflicts over the past two weeks, including COVID-19 related issues.

3. The Government agrees to this Stipulation for a filing on December 15, 2020, of Mr. Lusby's reply.

4. Defendant is not in custody and does not object to this continuance.

Dated this 9th day of December 2020.

/s/ Elham Roohani            /s/ Kathleen Bliss
Attorney for United States   Attorney for Cole Lusby

/s/Bianca Pucci
Attorney for United States

## ORDER

Based on the stipulation of the parties and for good cause, defendant Cole Lusby is GRANTED leave to file his Reply on December 15, 2020.

DATED: December 10, 2020

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON, NEVADA 89012
TEL – (702) 463.9074

Page **3** of **3**