KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Parkway., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorneys for Cole Lusby*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COLE LUSBY,<br><br>Defendant. | CASE NO. 2:18-cr-00136-APG<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Kathleen Bliss, Esq., counsel for Defendant Cole Lusby, and Elham Roohani, Assistant United States Attorney, that the Sentencing Hearing currently scheduled for June 1, 2021 at 1:30 p.m., be vacated and set to a date and time convenient to this Court but no sooner than 30 days.

The stipulation is entered for the following reasons:

1. On February 26, 2021, Mr. Lusby entered a plea of guilty to the superseding indictment charging him with failure to register as a sex offender in violation 18 U.S.C. § 2250(a). ECF No. 133.

2. Counsel for defendant represents to the Court and to government counsel that she was made aware of scheduling conflicts on Wednesday May 5, 2021, that affect his sentencing presentation to the Court. Specifically, the producer of a video about Mr. Lusby cannot be completed by the sentencing date. There also are additional matters related to Mr. Lusby that

counsel for him is pursuing, related to sentencing factors under 18 U.S.C. § 3553.

4. Defendant is not in custody and agrees to the proposed continuance.

3. Both parties agree to this continuance.

4. Denial of this request for a continuance would deny counsel for Mr. Lusby sufficient time to effectively and thoroughly prepare for sentencing, taking into account due diligence. Accordingly, a denial of this request for continuance could result in a miscarriage of justice.

Dated this 5th day of May 2021.

/s/ Elham Roohani/s/Kathleen Bliss
ELHAM ROOHANI, ESQ.KATHLEEN BLISS ESQ.
Assistant U.S. AttorneyCounsel for Cole Lusby

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON NEVADA 89012
TEL – 702.463.9074

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>COLE LUSBY,<br><br>       Defendant. | CASE NO. 2:18-cr-00136-APG-PAL<br><br>**ORDER** |

Based upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED that Mr. Lusby's sentencing hearing set for June 1, 2021, be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that the sentencing hearing is reset for  July 20  ,2021, at the hour of  9:30 a.m. in courtroom 6C.

Dated this 6th day of May 2021.

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE