KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Parkway., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Cole Lusby*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>   Plaintiff, <br><br> vs. <br><br> COLE LUSBY, <br><br>   Defendant. | CASE NO. 2:18-cr-00136-APG <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING** <br> **(Second Request)** |

IT IS HEREBY STIPULATED by and between Kathleen Bliss, Esq., counsel for Defendant Cole Lusby, and Elham Roohani, Assistant United States Attorney, that the Sentencing Hearing currently scheduled for July 20, 2021 at 9:30 a.m., be vacated and set to a date and time convenient to this Court but no sooner than 30 days.

The stipulation is entered for the following reasons:

1. On February 26, 2021, Mr. Lusby entered a plea of guilty to the superseding indictment charging him with failure to register as a sex offender in violation 18 U.S.C. § 2250(a). ECF No. 133.

2. Defendant's counselor, Pauline Hildreth, who is treating Mr. Lusby as a condition of his supervision in a related case, recently had surgery and is recovering. Counsel has not been able to speak with her about any opinions she may or may not offer in mitigation. Furthermore, any information from her or from prior expert, Mark Chambers, is information to which the

government is entitled and that this Court should have in determining a fair and just sentence. Furthermore, a mitigation video has not been finished, though completion is imminent. Probation and the Government should have time to review it prior to its presentation to the Court.

    4.    Defendant is not in custody and agrees to the proposed continuance.

    3.    Both parties agree to this continuance.

    4.    Denial of this request for a continuance would deny counsel for Mr. Lusby sufficient time to effectively and thoroughly prepare for sentencing, taking into account due diligence. Accordingly, a denial of this request for continuance could result in a miscarriage of justice.

Dated this 17th day of June 2021.

*/s/* Elham Roohani                                                       */s/Kathleen Bliss*
ELHAM ROOHANI, ESQ.                              KATHLEEN BLISS ESQ.
Assistant U.S. Attorney                                  Counsel for Cole Lusby

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON NEVADA 89012
TEL – 702.463.9074

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> COLE LUSBY, <br><br> Defendant. | CASE NO. 2:18-cr-00136-APG-PAL <br><br> **ORDER** |

Based upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED that Mr. Lusby's sentencing hearing set for July 20, 2021, be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that the sentencing hearing is reset for August 19, 2021, at the hour of 1:30 p.m. in courtroom 6C.

Dated this 17th day of June 2021.

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE