KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Parkway., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Cole Lusby*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>COLE LUSBY,<br><br>    Defendant. | CASE NO. 2:18-cr-00136-APG-PAL<br><br>**UNOPPOSED MOTION TO WITHDRAW SEALED EXHIBIT C AND TO REMOVE IT FROM DEFENDANT'S SENTENCING MEMORANDUM ECF NO. 146** |

Defendant Cole Lusby, respectfully moves this Court for leave to withdraw sealed exhibit C, submitted with his sentencing memorandum and for this Court to enter an order removing it from the Memorandum, ECF No. 146, which contains Dr. Mark Chambers report. The Government has no opposition to this Motion.

DATED: 25th day of October 2021

                                            Respectfully submitted,

                                            KATHLEEN BLISS LAW PLLC

                                            */s/ Kathleen Bliss*
                                            KATHLEEN BLISS, ESQ.
                                            Nevada Bar No. 7606
                                            1070 W. Horizon Ridge Pkwy., Suite 202
                                            Henderson, Nevada 89012

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON NEVADA 89012
TEL – 702.463.9074

**ORDER**

The Court, having considered Defendant's Unopposed Motion to Withdraw Sealed Exhibit C and to Remove it from Defendant's Sentencing Memorandum, Doc 146, finds good cause to do so. It is therefore ORDERED that Sealed Exhibit C shall be removed from Defendant's Sentencing Memorandum, ECF No. 146.

DATED:  October 26, 2021

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE